Andrew R. Brown (AB-1644)
HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York 10006
Telephone:    212-669-0600
Facsimile:    212-669-0699



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WARREN RUPP, INC.,

      Plaintiff,

  -against-

ECT TRANSPORT LTD. d/b/a
SEAQUEST LINE, GEOLOGISTICS
AMERICAS INC. a/k/a/ GEOLOGISTICS
LTD., and MOL (AMERICA) INC.,

      Defendants.
-------------------------------------------------------X

JUDGE CROTTY

07 CIV 6872

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Warren Rupp, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

              **Warren Rupp, Inc. is a Subsidiary of
              IDEX Corp., a publicly held corporation.**

Date:   July 31, 2007

                                                           Andrew R. Brown
                                                           Attorney Bar Code:  (AB-1644)