Our File No.: 9044/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
*Attorneys for Defendant*
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Warren Rupp, Inc.<br><br>                              Plaintiff,<br><br>     -against-<br><br>ECT Transport Ltd. d/b/a Seaquest Line,<br>Geologistics Americas Inc. a/k/a<br>Geologistics Ltd., and MOL (America) Inc.,<br><br>                              Defendants. | Civil Action No.: **07 Civ. 6872**<br><br>**RULE 7.1 STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ECT TRANSPORT LTD. d/b/a SEAQUEST LINE and GEOLOGISTICS AMERICAS INC. a/k/a GEOLOGISTICS LTD. certifies that the aforementioned companies are wholly owed subsidiaries of PUBLIC WAREHOUSE COMPANY a/k/a AGILITY HOLDINGS which is not publicly traded in the United States.

Dated: New York, New York
December 5, 2007

                                      CICHANOWICZ, CALLAN, KEANE,
                                      VENGROW & TEXTOR, LLP
                                      61 Broadway, Suite 3000
                                      New York, New York 10006
                                      *Attorneys for Defendants*

                                      By:    <u>S/ Stephen Vengrow</u>
                                                 Steven H. Vengrow (3479)