Form 07 - CORPORATION

```
        HILL RIVKINS & HAYDEN LLP
        ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
                                                   Index No. 07 CIV 6872
WARREN RUPP, INC.                     plaintiff
                                                   Date Filed .............
              - against -
                                                   Office No. 20580-ARB
ECT TRANSPORT LTD.D/B/A SEAQUEST       defendant
LINE, ETAL                                         Court Date:    /    /
-------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**HOWARD HERTZFELD**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**31st** day of **October, 2007** at **09:00 AM.,** at
   **152-01 ROCKAWAY BLVD.**
   **JAMAICA, NY 11434**

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **GEOLOGISTICS AMERICAS INC. A/K/A GEOLOGISTICS LTD.**
a domestic corporation, the **DEFENDANT** therein named by delivering to, and leaving personally with
      **PAUL MUNDY, BRANCH MANAGER & MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: **MALE**         COLOR: **WHITE**      HAIR: **BLACK**
      APP. AGE: **54**      APP. HT: **6:1**      APP. WT: **175**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
2nd   day of   November,         2007n
BRETT GOLUB
Notary Public, State of New York
     No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

                                            ..........................
                                            HOWARD HERTZFELD  778037
                                            AETNA  CENTRAL  JUDICIAL  SERVICES
                                            225 BROADWAY, SUITE 1802
                                            NEW YORK, NY, 10007
                                            Reference No: 9HRLOM88501