Form 27 - GENERAL PURPOSE

HILL RIVKINS & HAYDEN LLP
ATTN:

U.S. SOUTHERN DIST. COURT        NEW YORK COUNTY
------------------------------------------------

WARREN RUPP, INC.                          plaintiff

        - against -

ECT TRANSPORT LTD. D/B/A SEAQUEST    defendant
LINE, ETAL
------------------------------------------------

Index No. **07 CIV 6872**

Date Filed ............

Office No. **20580-ARB**

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**HOWARD HERTZFELD**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **31st day of October, 2007**    at **09:00 AM.,**          at
    **152-01 ROCKAWAY BLVD**
    **JAMAICA, NY 11434**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**

upon **ECT TRANSPORT LTD. D/B/A SEAQUEST LINE**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **PAUL MUNDY, BRANCH MANAGER & MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **MALE**          COLOR: **WHITE**          HAIR: **BLACK**
        APP. AGE: 54          APP. HT: **6:1**          APP. WT: **175**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
2nd  day of  November, 2007n


BRETT GOLUB
Notary Public, State of New York
    No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

................
HOWARD HERTZFELD    778037
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9HRLOM88500