Form 07 - CORPORATION

**HILL RIVKINS & HAYDEN LLP**
**ATTN:**

U.S. SOUTHERN DIST. COURT          NEW YORK  COUNTY

---

WARREN RUPP, INC.                                 plaintiff

— against —

ECT TRANSPORT LTD. D/B/A SEAQUEST          defendant
LINE, ETAL

---

Index No. **07 CIV 6872**

Date Filed  ............

Office No. **20580-ARB**

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**MANUEL BAYO JR.**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 1st day of **November, 2007** at **11:00 AM.**, at
   160 FIELDCREST AVE
   EDISON, NJ

I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **MOL (AMERICA) INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
   **DONNA MANETTA, CLAIMS SUPERVISOR AUTHORIZED TO ACCEPT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **FEMALE**          COLOR: **WHITE**          HAIR: **RED**
   APP. AGE: **40**         APP. HT: **5:4**          APP. WT: **140**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
2nd day of November, 2007tm
JOEL GOLUB
Notary Public, State of New York
   No. 01G0475 1136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

MANUEL BAYO JR.
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9HRLOM88502