```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Warren Rupp, Inc.,

              Plaintiff,                         07 Civ. 6872 (PAC)
- against -                                   **ORDER OF DISCONTINUANCE**

ECT Transport Ltd., d/b/a, Seaquest Line, et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the agreement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Dismissal upon receipt from either party. In light of the settlement, the January 7, 2008 Initial Pretrial Conference is adjourned "sine die".

Dated: New York, New York
        January 7, 2008

                                                SO ORDERED

                                                _____
                                                PAUL A. CROTTY
                                                United States District Judge

---

[1] See the attached letter from Andrew R. Brown

# HILL RIVKINS & HAYDEN LLP

**HILL RIVKINS**

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699       e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

Via Facsimile: (212) 805-6304
And U.S. Mail

January 4, 2007

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Chambers 735
New York, NY 10007

       RE: **Warren Rupp, Inc. v. ECT Transport Ltd.**
         **et al. 07 Civ 6872 (PAC)**
         Our File No.: 29570-AJP/ARB

Dear Judge Crotty:

  We represent Plaintiff Warren Rupp, Inc. in the subject matter. Pursuant to your individual practices, we write to notify the Court that amicable settlement has been reached between all parties. Upon conferring with counsel for Defendants ECT Transport Ltd. and Geologistics Americas, Inc., and representatives for Defendant MOL, the parties respectfully request that the pre-trial conference scheduled for Monday, January 7, 2008 be adjourned, and that a 30 day Order of Dismissal be entered.

  Should the Court have any further questions, please do not hesitate to contact the undersigned.

         Respectfully submitted,

        HILL RIVKINS & HAYDEN LLP

          Andrew R. Brown

ARB/mc
29530\001 Cro 1.4.08

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 175 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3207 | Branford, CT 06405-4654 | Brown & Associates |
| Tel: (732) 838-0300  Fax: (732) 316-2365 | Tel: (713) 222-1515  Fax: (713) 222-1359 | Tel: (203) 315-9274  Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
|  |  |  | Tel: (916) 859-4910  Fax: (916) 859-4911 |

Honorable Paul A. Crotty
United States District Judge
United States District Court
January 4, 2007
Page Two

CC:   Via E-mail:   jdevivo@cckvt.com
                    svengrow@cckvt.com
      Ms. Jessica DeVivo
      Cichanowicz, Callan, Keane, Vengrow & Textor

      *Attorneys for Defendants ECT Transport Ltd. and
      Geologistics Americas, Inc.*

      Via E-mail:  Hanna.Gerke@MOLAmerica.com
      Ms. Hanna Gerke
      MOL (America), Inc.

HILL RIVKINS